FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0723

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0723

_____

JOHN RICHARDS,

      Petitioner and Appellant,

v.

TYLER GERNANT, Missoula County Clerk and
Treasurer,

      Respondent and Appellee.

_____

O R D E R

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020